IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MEADWESTVACO CORPORATION, | * | Civil Action No.:  3:05 CV 0106 |
| Plaintiff, | * | Judge Thomas M. Rose |
| v. | * | |
| BEAUX MERZON INC., | * | **CONSENT JUDGMENT** |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |

_____

Plaintiff, MeadWestvaco Corporation ("MeadWestvaco") and Defendant, Beaux Merzon Inc. ("BMI") have reported that this matter has been informally resolved.  Accordingly, it is hereby ORDERED:

(1) The Courts finds and judgment is entered that U.S. Patent. No. 6,558,062 is valid and enforceable;

(2) All remaining claims in MeadWestvaco's Third Amended Complaint and BMI's Claims for Relief (Counterclaims) are dismissed WITH PREJUDICE; and

(3) This Judgment concludes this matter.  Each party shall bear its own fees, costs and expenses.

APPROVED:

s/Thomas M. Rose

_____
JUDGE THOMAS M. ROSE

/s/Scott A. King
Scott A. King (#0037582)
THOMPSON HINE LLP
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, OH  45401-8801
Telephone:  (937) 443-6560
Facsimile:   (937) 443-6830
E-Mail:  Scott.King@Thompsonhine.com

Attorney for Plaintiff
MeadWestvaco Corporation


/s/William E. Pelton per e-mail approval 1/30/07
William E. Pelton
Eric D. Kirsch
COOPER & DUNHAM LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone:  212-278-0400
Facsimile:  212-391-0526

Attorneys for Defendant
Beaux Merzon, Inc.